# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW POWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>M. BARRON, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-00089-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S SECOND REQUEST TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE<br><br>[ECF No. 11] |

    Plaintiff Matthew Powell is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On May 20, 2015, Plaintiff filed a motion to stay the proceedings pending his transfer to a different prison facility. The Court construes Plaintiff's motion as a request for an extension of time.

    Good cause having been presented to the Court, it is HEREBY GRANTED that Plaintiff is granted thirty (30) days from the date of service of this order to file a response to the Court's April 20, 2015, order to show cause.

IT IS SO ORDERED.

Dated: **May 26, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

1