UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW POWELL,<br><br>             Plaintiff,<br><br>      v.<br><br>M. BARRON, et al.,<br><br>             Defendants. | Case No.: 1:15-cv-00089-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR CONFORMED COPY OF CONSENT FILED ON FEBRUARY 2, 2015, AND DIRECTING CLERK OF COURT TO SEND PLAINTIFF COPY OF CONSENT FORM<br><br>[ECF Nos. 6 & 36] |

Plaintiff Matthew Powell is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States magistrate judge on February 2, 2015.  Local Rule 302.

On June 15, 2016, Plaintiff filed a motion for a conformed copy of the consent filed on February 2, 2015. (ECF No. 36.)  In his motion, Plaintiff contends that he believes he "did not consent" to the jurisdiction of the United States magistrate judge on the consent form filed February 2, 2015.  Contrary to Plaintiff's contention, the consent form clearly indicates that Plaintiff voluntarily consented to the jurisdiction of the United States magistrate judge.  (ECF No. 6.)

In the interest of justice, the Court will make a one-time exception in this instance and provide Plaintiff with a copy of his consent form which was filed on February 2, 2015 (ECF No. 6).  However, Plaintiff is advised that the Court will not further provide duplicate copies of documents free of charge and the Clerk of Court charges $.50 per page for copies of documents.  See 28 U.S.C. § 1914(a).

Copies of up to twenty pages may be made by the Clerk Office at this Court upon written request and prepayment of the copy fees.  The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the Court.  Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without costs to an indigent plaintiff except by order of the judge.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion for a conformed copy of the consent form filed on February 2, 2015, is GRANTED; and

2. The Clerk of Court is directed to send Plaintiff a conformed copy of the consent form filed on February 2, 2015 (ECF No. 6).

IT IS SO ORDERED.

Dated:   **June 16, 2016**

UNITED STATES MAGISTRATE JUDGE